EAGLE LION STUDIOS, INC., ET AL.
*v.* LOEW'S INC. ET AL.

No. 17. Argued November 10, 12, 1958.—
Decided November 24, 1958.

*William L. McGovern* argued the cause for petitioners. With him on the brief were *Norman Diamond, Abe Krash* and *Seymour Krieger.*

*S. Hazard Gillespie, Jr.* argued the cause for Loew's Incorporated, respondent. With him on the brief was *Henry L. King.*

*Edward C. Raftery* argued the cause for RKO Theatres, Inc., et al., respondents. With him on the brief was *George A. Raftery.*

*Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Hansen* and *Henry Geller* filed a brief for the United States, as *amicus curiae.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.